UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN FULLER,
    Plaintiff,

v.

Case No.10-12200

Honorable Patrick J. Duggan

CITY OF DEARBORN, MADOU BAZZI,
STEVEN FAITH, HAYES, and TIMOTHY
McHALE, in their individual and official
capacities,
    Defendants.
_____/

## JUDGMENT

Kevin Fuller filed this action to recover damages for injuries incurred during his arrest by Dearborn Police officers. On this date, the Court entered an Order holding that Petitioner is not entitled to relief.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's action is **DISMISSED WITH PREJUDICE**.


Dated: May 3, 2011

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:
Laurie M. Ellerbrake, Esq.

Kevin Fuller
7296 Clayburn
Detroit, MI  48228

Kevin Fuller
11407 Forrer
Detroit, MI  48227